HAUSER *v.* BURBANK.

DRAINS—APPLICATION—OBJECTIONS.

> The names of certain owners of land traversed by a proposed
> drain were omitted from the application to the probate court.
> The parties omitted did not complain. A release was given
> the drain commissioner, by an adjoining owner, of a suffi-
> cient quantity of land to accommodate the entire ditch at
> that point. *Held*, that other owners could not complain.

Error to Berrien; Coolidge, J. Submitted April 8, 1898.
Decided July 18, 1898.

*Certiorari* by Joseph W. Hauser to review the action
of John E. Burbank, drain commissioner of Berrien county,
in laying out and establishing a drain. From a judgment
setting aside the proceedings, defendant brings error. Re-
versed.

*James O'Hara* and *Gore & Harvey*, for appellant.

*George W. Bridgman* and *Edward Bacon*, for ap-
pellee.

MONTGOMERY, J. This case presents the same questions
as are found in No. 11 of the April term, of the same
title (*Hauser* v. *Burbank, ante,* 463); and one additional
question is raised, which is that the names of two owners
of land traversed by the proposed drain were omitted from
the application to the probate court. The return to the
*certiorari* shows that the survey was made at a time of
high water, and that, as the thread of the stream was then
located, the line of the proposed ditch did not traverse the
land of these parties. The commissioner returns that he
does not know that the lands of the parties were traversed,
but that a release has been given him by the adjoining
owner of a sufficient quantity of land to accommodate the

entire ditch and the deposits of earth therefrom. The parties who are alleged to be owners of the land traversed are not complaining, and it is apparent that a right of way has been acquired substantially on the line surveyed. We think the plaintiff in *certiorari* is not therefore in position to complain.

The judgment of the circuit court is reversed, with costs of both courts to defendant in *certiorari*.

The other Justices concurred.